IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 05-cr-00234-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBIN SZELIGA,

    Defendant.

_____

**ORDER DECLARING SATISFACTION OF FINE JUDGMENT**
_____

    This matter came before the court on defendant Robin R. Szeliga's unopposed request for an order declaring partial satisfaction of judgment or, alternatively, for a permanent stay of execution with regard to the $250,000 fine imposed against Ms. Szeliga in this action.  After considering the request, and finding good cause therefor, it is ordered that Robin Szeliga's payment of $577,052 (which included a penalty of $250,000) satisfies the $250,000 fine imposed in the judgment against Robin Szeliga in this case.

    DATED at Denver, Colorado, on August 6, 2007.

                                       BY THE COURT:

                                       s/ Walker D. Miller

PDF FINAL

United States District Judge